

# Fourth Court of Appeals
## San Antonio, Texas

April 9, 2025

No. 04-25-00168-CV

**IN THE INTEREST OF R.G.**, a Child,

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2023PA01473
Honorable Charles E. Montemayor, Judge Presiding

**ORDER**

Sitting:        Rebeca C. Martinez, Chief Justice
                Lori I. Valenzuela, Justice
                Adrian A. Spears II, Justice

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION.

Appellant's pending motion is DISMISSED as moot.

It is so **ORDERED** on April 9, 2025.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of April, 2025.

_____
Caitlin A. McCamish, Clerk of Court